# EXHIBIT A
# PROPOSED SCHEDULE

|  | MarketLinx Proposal | Vobre Proposal | Instanet Proposal |
|---|---|---|---|
| Exchange Rule 26 Initial Disclosures | July 23, 2012 | July 23, 2012 | July 23, 2012 |
| Rule 26(f) meeting of counsel | June 18, 2012 | June 18, 2012 | June 18, 2012 |
| Scheduling conference | July 9, 2012 | July 9, 2012 | July 9, 2012 |
| Deadline to file motions seeking to amend pleadings (if required) | Sept. 24, 2012 | Sept. 24, 2012 | Sept. 24, 2012 |
| Fact discovery cutoff | Jan. 28, 2013 | Jan. 28, 2013 | Jan. 28, 2013 |
| Initial expert disclosures due | Feb. 25, 2013 | Feb. 25, 2013 | Feb. 25, 2013 |
| Rebuttal expert disclosures due | March 25, 2013 | March 25, 2013 | March 25, 2013 |
| Expert discovery cutoff | Apr. 19, 2013 | Apr. 19, 2013 | Apr. 19, 2013 |
| Dispositive Motions hearing cutoff | June 3, 2013 | June 3, 2013 | June 3, 2013 |
| Pretrial conference date | July 15, 2013 | July 15, 2013 | July 15, 2013 |
| Trial date | Aug. 12, 2013 | Aug. 12, 2013 | Aug. 12, 2013 |

13439688